**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Mark Jason PARRIS, Defendant–Appellant.**

No. 15–6928.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

Mark Jason Parris, Appellant Pro Se. Charlene Rene Day, Assistant United States Attorney, Roanoke, Virginia; Zachary T. Lee, Assistant United States Attorney, Abingdon, Virginia, for Appellee.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Mark Jason Parris appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Parris,* No. 1:06–cr–00022–JPJ–PMS–1 (W.D.Va. June 4, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*